Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−10317−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Frank T. Bitsko
4 Maple Lane
Howell, NJ 07731

Susan J. Bitsko
4 Maple Lane
Howell, NJ 07731

Social Security No.:
xxx−xx−8354

xxx−xx−7014

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         3/20/24
Time:         10:00 AM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 16, 2024
JAN: wdr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Frank T. Bitsko  
Susan J. Bitsko  
    Debtors

Case No. 24-10317-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jan 16, 2024      Form ID: 132      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank T. Bitsko, Susan J. Bitsko, 4 Maple Lane, Howell, NJ 07731-1308 |
| 520134104 | + | Belgrade Tax Collector's Office, 990 Augusta Road, Belgrade, ME 04917-3834 |
| 520134106 | + | Beneficiaries of E/O John A. Hawkins, John Albert Ty Hawkins 396 20th Avenue, Brick, NJ 08724-2223 |
| 520134107 | + | Beneficiaries of E/O John A. Hawkins, Maximillian Jack Hawkins, 403 Barton Avenue, Point Pleasant , NJ 08742-2115 |
| 520136534 | + | Collin Bitsko, 4 Maple Lane, Howell, NJ 07731-1308 |
| 520134113 | + | FIG 20, LLC FBO SEC PTY, PO Box 12225, Newark, NJ 07101-3411 |
| 520134115 | + | Howell Township - Div Code Enforcement, 4567 Route 9 North, 2nd Fl, Howell, NJ 07731-3382 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 16 2024 22:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 16 2024 22:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520134108 | | Email/Text: rm-bknotices@bridgecrest.com | Jan 16 2024 22:58:00 | Bridge Crest, PO Box 842695, Los Angeles, CA 90084-2695 |
| 520134109 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2024 23:08:11 | Capital One, Bankruptcy Claims Servicer, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520134111 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 16 2024 23:18:52 | Credit One Bank, Customer Service PO Box 98873, Las Vegas, NV 89193-8873 |
| 520134110 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 16 2024 22:56:00 | Cardinal Financial Company, Correspondence - Mail Stop 1290, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 520134112 | + | Email/Text: EBN@edfinancial.com | Jan 16 2024 22:56:00 | ED Financial Services, LLC, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520134114 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 16 2024 22:57:00 | GM Financial, Customer Service PO Box 183593, Arlington, TX 76096-3593 |
| 520134116 | | Email/Text: BankruptcyEast@firstenergycorp.com | Jan 16 2024 22:57:00 | JCP&L, Customer Service PO Box 16001, Reading, PA 19612-6001 |
| 520134117 | ^ | MEBN | Jan 16 2024 22:33:21 | KML Law Group, P.C., Attys for Cardinal Financial Co., 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |
| 520134118 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2024 23:07:54 | LVNV Funding, LLC, Assignee of Credit One |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bank, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 520134119 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 16 2024 23:07:40 | Merrick Bank, Customer Service PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520134120 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 16 2024 22:58:00 | Midland Credit Management, Inc, 350 Camino De La Reina, Ste 100, San Diego, CA 92108-3007 |
| 520134121 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 16 2024 22:58:00 | Midland Credit Managment, 320 E Big Beaver Rd, Ste 300, Troy, MI 48083-1271 |
| 520134122 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 16 2024 22:58:00 | Midland Funding, LLC, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 520134123 | + | Email/Text: csc.bankruptcy@amwater.com | Jan 16 2024 22:59:00 | New Jersey American Water, Customer Service PO Box 2798, Camden, NJ 08101-2700 |
| 520134125 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 16 2024 22:48:13 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 520134128 | | Email/Text: signed.order@pfwattorneys.com | Jan 16 2024 22:56:00 | Pressler Felt & Warshaw, LLP, Attys For Capital One #B176214, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520134127 | | Email/Text: signed.order@pfwattorneys.com | Jan 16 2024 22:56:00 | Pressler Felt & Warshaw, LLP, Attys For Midland Credit #B307855, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520134126 | | Email/Text: signed.order@pfwattorneys.com | Jan 16 2024 22:56:00 | Pressler Felt & Warshaw, LLP, Attys For Midland Funding #B197668, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520134129 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2024 23:07:33 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 520134124 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 16 2024 22:56:00 | NJ Division of Taxation, Bankruptcy Section PO Box 245, Trenton, NJ 08646-0245 |
| 520134130 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 16 2024 23:08:03 | Secretary of Housing & Urban Development, For Partial Claim Mtgs 451 Seventh St SW, Washington, DC 20410-0002 |
| 520134131 | + | Email/Text: taxcollections@twp.howell.nj.us | Jan 16 2024 22:59:00 | Township of Howell - Tax Collector, 4567 Route 9 North, 2nd Fl, Howell, NJ 07731-3382 |
| 520135691 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 16 2024 23:08:03 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520134132 | + | Email/Text: LCI@upstart.com | Jan 16 2024 22:56:00 | Upstart Network Inc., PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520134105 | ##+ | Beneficiaries of E/O John A. Hawkins, Sara Hawkins 10 Autumntide Dr #1000, Lakewood, NJ 08701-7523 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 16, 2024 | Form ID: 132 | Total Noticed: 33 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Peter Broege | on behalf of Debtor Frank T. Bitsko pbroege@bnfsbankruptcy.com g1580@notify.cincompass.com;broege.peterj.b127774@notify.bestcase.com |
| Peter Broege | on behalf of Joint Debtor Susan J. Bitsko pbroege@bnfsbankruptcy.com g1580@notify.cincompass.com;broege.peterj.b127774@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4