UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.
25 Abe Voorhees Drive
Manasquan, NJ  08736
(732) 223-8484
Attorneys for Debtors
Peter J. Broege, Esq.
PB 9313

In Re:

  Frank T. & Susan J. Bitsko

     Debtors

Case No. 24-10317(CMG)

Chapter:  13

Hearing Date: March 20, 2024

Judge: Christine M. Gravelle

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. § 1325(a)(8) AND (a)(9)**

Frank T. Bitsko and Susan J. Bitsko, the Debtors herein, hereby certify as follows:

1.     The below information is being supplied for compliance with the Confirmation Hearing scheduled on March 20, 2024.

2.     We are current with all of our post-petition obligations.

3.     We have paid all post-petition amounts that are required to be paid under any and all domestic support obligations.

4.     We have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

5.     If the Confirmation Hearing date stated in paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent

Confirmation Hearing date in the event any of the information contained in this Certification changes.

6.      If this Certification is being signed by the Debtor(s)' attorney, counsel certifies that the Debtor(s) was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.


I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false that I am subject to punishment.


Dated: 2/29/2024            /s/ Frank T. Bitkso


Dated: 2/29/2024            /s/ Susan J. Bitsko