Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 24−10317−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Frank T. Bitsko | Susan J. Bitsko |
| 4 Maple Lane | 4 Maple Lane |
| Howell, NJ 07731 | Howell, NJ 07731 |

Social Security No.:
  xxx−xx−8354                                                        xxx−xx−7014

Employer's Tax I.D. No.:

---

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

    Please be advised that Peter Broege the Trustee in the above captioned case filed a proof of claim on behalf of the following creditor(s) on April 9, 2024.

Beneficiaries of E/O John & Sara Hawkins

Belgrade Tax Collections


Dated: April 11, 2024
JAN: wdr

                                              Jeanne Naughton
                                              Clerk