UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.
25 Abe Voorhees Drive
Manasquan, NJ  08736
(732) 223-8484
Attorneys for Debtors
Peter J. Broege, Esq.
PB 9313

In Re:

    Frank & Susan Bitsko

      Debtor

Case No. 24-10317(CMG)

Chapter:  13

Hearing Date:

Judge:  Honorable Christine M. Gravelle

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

    PLEASE TAKE NOTICE that the Proof of Claim filed on April 9, 2024 by Peter J.

Broege, Esq., the attorney for the Debtors, on behalf of the Beneficiaries of the Estate of John

Hawkins pursuant to Bankruptcy Rule 3004 in the amount of $124,374.25 which is identified as

Claim No. 24 on the Bankruptcy Court's Claims Register is hereby withdrawn.

                    BROEGE NEUMANN FISCHER & SHAVER, L.L.C.
                    Attorneys for Debtors

Dated: 4-18-24        By: _____
                        Peter J. Broege, Esq.