Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  24−10317−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Frank T. Bitsko | Susan J. Bitsko |
| 4 Maple Lane | 4 Maple Lane |
| Howell, NJ 07731 | Howell, NJ 07731 |

Social Security No.:
  xxx−xx−8354                                        xxx−xx−7014

Employer's Tax I.D. No.:

---

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

Please be advised that Frank and Susan Bitsko the Debtors in the above captioned case filed a proof of claim on behalf of the following creditor(s) on April 18, 2024.

Sara Hawkins
Beneficiary of E/O John A. Hawkins
10 Autumntide Dr #1000
Lakewood, NJ 08701

Maximillian Jack Hawkins
Beneficiaries of E/O John A. Hawkins
3100 Northeast 48th Street, Apt 314
Fort Lauderdale, FL 33308

John Albert Ty Hawkins
Beneficiaries of E/O John A. Hawkins
396 20th Avenue
Brick, NJ 08724

Dated: April 19, 2024
JAN: llb

Jeanne Naughton
Clerk