Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 24−10317−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Frank T. Bitsko  
4 Maple Lane  
Howell, NJ 07731

Susan J. Bitsko  
4 Maple Lane  
Howell, NJ 07731

Social Security No.:
xxx−xx−8354

xxx−xx−7014

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 7, 2024.

Dated: May 7, 2024
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-10317-CMG |
| Frank T. Bitsko | Chapter 13 |
| Susan J. Bitsko | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: May 07, 2024 | Form ID: plncf13 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank T. Bitsko, Susan J. Bitsko, 4 Maple Lane, Howell, NJ 07731-1308 |
| 520134104 | + | Belgrade Tax Collector's Office, 990 Augusta Road, Belgrade, ME 04917-3834 |
| 520136534 | + | Collin Bitsko, 4 Maple Lane, Howell, NJ 07731-1308 |
| 520134113 | + | FIG 20, LLC FBO SEC PTY, PO Box 12225, Newark, NJ 07101-3411 |
| 520134115 | + | Howell Township - Div Code Enforcement, 4567 Route 9 North, 2nd Fl, Howell, NJ 07731-3382 |
| 520134106 | + | John Albert Ty Hawkins, Beneficiaries of E/O John A. Hawkins, 396 20th Avenue, Brick, NJ 08724-2223 |
| 520134107 | + | Maximillian Jack Hawkins, Beneficiaries of E/O John A. Hawkins, 3100 Northeast 48th Street, Apt 314, Fort Lauderdale, FL 33308-4969 |
| 520134105 | + | Sara Hawkins, Beneficiary of E/O John A. Hawkins, 10 Autumntide Dr #1000, Lakewood, NJ 08701-7523 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 07 2024 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 07 2024 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520138671 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 07 2024 20:34:00 | AMERICREDIT FINANCIAL SERVICES, INC., DBA GM FINANCIAL, P O BOX 183853, ARLINGTON, TX 76096 |
| 520134108 | | Email/Text: rm-bknotices@bridgecrest.com | May 07 2024 20:34:00 | Bridge Crest, PO Box 842695, Los Angeles, CA 90084-2695 |
| 520137085 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 07 2024 20:38:15 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520134109 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 07 2024 20:38:13 | Capital One, Bankruptcy Claims Servicer, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520153555 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 07 2024 20:38:27 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 520134111 | | Email/PDF: creditonebknotifications@resurgent.com | May 07 2024 20:38:12 | Credit One Bank, Customer Service PO Box 98873, Las Vegas, NV 89193-8873 |
| 520134110 | | Email/Text: BKCourtNotices@yourmortgageonline.com | May 07 2024 20:33:00 | Cardinal Financial Company, Correspondence - Mail Stop 1290, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 520200976 | | Email/Text: BKCourtNotices@yourmortgageonline.com | May 07 2024 20:33:00 | Cardinal Financial Company, Limited Partnership, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520134112 | + | Email/Text: EBN@edfinancial.com | | |

Case 24-10317-CMG    Doc 33    Filed 05/09/24    Entered 05/10/24 00:14:34    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 07, 2024 | Form ID: plncf13 | Total Noticed: 47 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 07 2024 20:33:00 | ED Financial Services, LLC, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520134114 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 07 2024 20:34:00 | GM Financial, Customer Service PO Box 183593, Arlington, TX 76096-3593 |
| 520134116 | | Email/Text: BankruptcyEast@firstenergycorp.com | May 07 2024 20:33:00 | JCP&L, Customer Service PO Box 16001, Reading, PA 19612-6001 |
| 520171295 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 07 2024 20:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520185560 | + | Email/Text: BankruptcyEast@firstenergycorp.com | May 07 2024 20:33:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 520134117 | ^ | MEBN | May 07 2024 20:29:32 | KML Law Group, P.C., Attys for Cardinal Financial Co., 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |
| 520166811 | | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2024 20:38:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520134118 | | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2024 20:38:30 | LVNV Funding, LLC, Assignee of Credit One Bank, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 520166356 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 07 2024 20:38:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520134119 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 07 2024 20:38:36 | Merrick Bank, Customer Service PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520134120 | + | Email/Text: bankruptcydpt@mcmcg.com | May 07 2024 20:34:00 | Midland Credit Management, Inc, 350 Camino De La Reina, Ste 100, San Diego, CA 92108-3007 |
| 520174855 | + | Email/Text: bankruptcydpt@mcmcg.com | May 07 2024 20:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520134121 | + | Email/Text: bankruptcydpt@mcmcg.com | May 07 2024 20:34:00 | Midland Credit Managment, 320 E Big Beaver Rd, Ste 300, Troy, MI 48083-1271 |
| 520134122 | | Email/Text: bankruptcydpt@mcmcg.com | May 07 2024 20:34:00 | Midland Funding, LLC, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 520134123 | + | Email/Text: csc.bankruptcy@amwater.com | May 07 2024 20:34:00 | New Jersey American Water, Customer Service PO Box 2798, Camden, NJ 08101-2700 |
| 520193149 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 07 2024 20:38:40 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520134125 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 07 2024 20:38:25 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 520134128 | | Email/Text: signed.order@pfwattorneys.com | May 07 2024 20:33:00 | Pressler Felt & Warshaw, LLP, Attys For Capital One #B176214, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520134127 | | Email/Text: signed.order@pfwattorneys.com | May 07 2024 20:33:00 | Pressler Felt & Warshaw, LLP, Attys For Midland Credit #B307855, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520134126 | | Email/Text: signed.order@pfwattorneys.com | May 07 2024 20:33:00 | Pressler Felt & Warshaw, LLP, Attys For Midland Funding #B197668, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520134129 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2024 20:38:14 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 520134124 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 07 2024 20:33:00 | NJ Division of Taxation, Bankruptcy Section PO Box 245, Trenton, NJ 08646-0245 |
| 520184276 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 07 2024 20:33:00 | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 520134130 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |

District/off: 0312-3 | User: admin | Page 3 of 4
Date Rcvd: May 07, 2024 | Form ID: plncf13 | Total Noticed: 47

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 07 2024 20:38:30 | Secretary of Housing & Urban Development, For Partial Claim Mtgs 451 Seventh St SW, Washington, DC 20410-0002 |
| 520134131 | + | Email/Text: taxcollections@twp.howell.nj.us | May 07 2024 20:34:00 | Township of Howell - Tax Collector, 4567 Route 9 North, 2nd Fl, Howell, NJ 07731-3382 |
| 520135691 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 07 2024 20:38:30 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520145816 | + | Email/Text: EBN@edfinancial.com | May 07 2024 20:33:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520167099 | | Email/Text: EDBKNotices@ecmc.org | May 07 2024 20:32:00 | US Department of Education, P O Box 16448, Saint Paul MN 55116-0448 |
| 520134132 | + | Email/Text: LCI@upstart.com | May 07 2024 20:33:00 | Upstart Network Inc., PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520138672 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AMERICREDIT FINANCIAL SERVICES, INC., DBA GM FINANCIAL, P O BOX 183853, ARLINGTON, TX 76096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 09, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2024 at the address(es) listed below:

**Name** | **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor Cardinal Financial Company Limited Partnership dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Peter Broege
on behalf of Debtor Frank T. Bitsko pbroege@bnfsbankruptcy.com
g1580@notify.cincompass.com;broege.peterj.b127774@notify.bestcase.com

Peter Broege
on behalf of Joint Debtor Susan J. Bitsko pbroege@bnfsbankruptcy.com
g1580@notify.cincompass.com;broege.peterj.b127774@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: May 07, 2024 | Form ID: plncf13 | Total Noticed: 47 |

TOTAL: 5