UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Cardinal Financial Company, Limited Partnership

In Re:

Frank T. Bitsko & Susan J. Bitsko,

Debtors.

Case No.:    24-10317-MEH

Chapter:    13

Hearing Date:    12/10/2024

Judge:    Hall

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 4 Maple Lane (Docket # 37)

_____

Date: 12/5/2024            /s/ Denise Carlon
                                      Signature

*rev.8/1/15*