| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-10317 / MEH**

Frank T. Bitsko  
Susan J. Bitsko

Petition Filed Date: 01/12/2024  
341 Hearing Date: 02/08/2024  
Confirmation Date: 05/01/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/08/2024 | $1,560.00 | | 04/09/2024 | $1,560.00 | | 05/10/2024 | $1,560.00 | |
| 06/07/2024 | $1,878.00 | | 07/10/2024 | $1,878.00 | | 09/10/2024 | $1,878.00 | |
| 10/09/2024 | $1,878.00 | | 11/12/2024 | $1,884.99 | | 12/10/2024 | $1,884.99 | |

**Total Receipts for the Period: $15,961.98    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,961.98**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Frank T. Bitsko | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» P/4 MAPLE LN/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | NEW JERSEY AMERICAN WATER | Unsecured Creditors | $2,314.37 | $0.00 | $2,314.37 |
| 3 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2014 NISSAN XERRA | Debt Secured by Vehicle | $1,022.92 | $131.06 | $891.86 |
| 4 | US DEPT OF EDUCATION<br>»» STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 5 | CARVANA, LLC<br>»» 2016 NISSAN SENTRA | Debt Secured by Vehicle | $1,239.00 | $158.72 | $1,080.28 |
| 6 | CARVANA, LLC<br>»» 2016 NISSAN SENTRA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | Peter J. Broege, Esq.<br>»» AMENDED DISCLOSURE 2/29/24 | Attorney Fees | $4,063.00 | $4,063.00 | $0.00 |
| 7 | MERRICK BANK | Unsecured Creditors | $967.94 | $0.00 | $967.94 |
| 8 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $611.48 | $0.00 | $611.48 |
| 9 | US Dept of Education<br>»» STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SALUTE VISA GOLD | Unsecured Creditors | $618.97 | $0.00 | $618.97 |
| 11 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» UPSTART LOAN | Unsecured Creditors | $7,218.45 | $0.00 | $7,218.45 |
| 12 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» PREMIER BANKCARD MC | Unsecured Creditors | $440.29 | $0.00 | $440.29 |
| 13 | JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured Creditors | $579.68 | $0.00 | $579.68 |

**Chapter 13 Case No. 24-10317 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 14 | MRC RECEIVABLES CORPORATION<br>»» HOUSEHOLD/ORCHARD BANK | Unsecured Creditors | $1,461.35 | $0.00 | $1,461.35 |
| 15 | NJ DIVISION OF TAXATION<br>»» TGI 2019-2020 | Secured Creditors | $3,397.75 | $435.31 | $2,962.44 |
| 16 | NJ DIVISION OF TAXATION<br>»» TGI 2021 | Priority Creditors | $1,212.42 | $0.00 | $1,212.42 |
| 17 | NJ DIVISION OF TAXATION<br>»» TGI 2013;215;2019-2020/ COSTS 3/2022 | Unsecured Creditors | $3,636.23 | $0.00 | $3,636.23 |
| 18 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CREDIT ONE BANK | Unsecured Creditors | $1,019.23 | $0.00 | $1,019.23 |
| 19 | JERSEY CENTRAL POWER & LIGHT<br>»» FIRSTENERGY | Unsecured Creditors | $912.17 | $0.00 | $912.17 |
| 20 | LVNV FUNDING LLC<br>»» JUDGMENT DC # MON DC 005039-21 | Unsecured Creditors | $771.94 | $0.00 | $771.94 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK, NA | Unsecured Creditors | $628.95 | $0.00 | $628.95 |
| 22 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $746.79 | $0.00 | $746.79 |
| 23 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $163.87 | $0.00 | $163.87 |
| 24 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $119.97 | $0.00 | $119.97 |
| 25 | FIG 20, LLC FBO SEC PTY<br>»» 4 MAPLE LN/TAX LIEN/PAY IN FULL | Secured Creditors | $2,149.36 | $275.36 | $1,874.00 |
| 26 | CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP<br>»» P/4 MAPLE LANE/1ST MTG | Mortgage Arrears | $27,995.21 | $3,586.69 | $24,408.52 |
| 27 | BENEFICIARIES OF THE ESTATE OF JOHN A. HAWKINS<br>»» NP/29 CEDAR CAMP RD/1ST MTG (FILED BY DEBTORS ATTY) | Mortgage Arrears<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 28 | TOWN OF BELGRADE<br>»» 29 CEDAR CAMP RD/TAX LIEN | Secured Creditors | $8,248.52 | $1,056.78 | $7,191.74 |
| 29 | SARA HAWKINS, BENEFICIARY OF THE ESTATE OF JOHN A. HAWKINS<br>»» NP/29 CEDAR CAMP RD/1ST MTG | Mortgage Arrears | $8,258.25 | $1,058.04 | $7,200.21 |
| 30 | MAXIMILLIAN JACK HAWKINS, BENEFICIARY OF THE ESTATE OF JOHN A. HAWKINS<br>»» NP/29 CEDAR CAMP RD/1ST MTG | Mortgage Arrears | $9,509.50 | $1,218.36 | $8,291.14 |
| 31 | JOHN ALBERT TY HAWKINS, BENEFICIARY OF THE ESTATE OF JOHN A. HAWKINS<br>»» NP/29 CEDAR CAMP RD/1ST MTG | Mortgage Arrears | $9,759.75 | $1,250.42 | $8,509.33 |
| 32 | CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP<br>»» 4 MAPLE LANE/ATTY FEES 12/31/24 | Mortgage Arrears | $549.00 | $0.00 | $549.00 |

**Chapter 13 Case No. 24-10317 / MEH**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | |
|---|---|---|
| Total Receipts: $15,961.98 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: $13,233.74 | Current Monthly Payment: | $1,878.00 |
| Paid to Trustee: $1,003.47 | Arrearages: | $4,060.02 |
| Funds on Hand: $1,724.77 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

