| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re: Frank & Susan Bitsko Debtors | Case No.: | 24-10317(MEH) |
| | Adversary No.: | |
| | Chapter: | 13 |
| | Judge: | Hon. Mark E. Hall |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Maximillian Jack Hawkins, creditor
(Example: John Smith, creditor)

Old address: Beneficiares of c/o John A. Hawkins
3100 Northeast 48th St, Apt. 314
Fort Lauderdale, FL 33308

New address: Beneficiares of c/o John A. Hawkins
1915 Juno Landing Ln
North Palm Beach, FL 33408

New phone no.: _____
(if debtor is filing and their phone number has changed).

❏ Check here if you are a debtor or a joint debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

Debtor's DeBN account number: _____
Joint debtor's DeBN account number: _____

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 3.10.25

*[Signature: Peter Broege]*
Signature
Attorney for Debtors

*rev.1/27/2025*