UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BROEGE NEUMANN FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, NJ 08736
(732) 223-8484
Peter J. Broege, Esq.
PB 9313
Attorney for the Debtor(s)

Order Filed on April 22, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Frank T. & Susan J. Bitkso

Debtors

Case No.: 24-10317

Chapter: 13

Judge: Hon. Mark Hall

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 22, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Peter J. Broege, Esq._____, the applicant, is allowed a fee of $ _____800.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____800.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,962.00_____ per month for _____45_____ months to allow for payment of the above fee.

*rev.8/1/15*

2