Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24–10317–MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Frank T. Bitsko | Susan J. Bitsko |
| 4 Maple Lane | 4 Maple Lane |
| Howell, NJ 07731 | Howell, NJ 07731 |

Social Security No.:
   xxx–xx–8354                          xxx–xx–7014

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 6/18/25 at 09:00 AM

to consider and act upon the following:

**52** – Creditor's Certification of Default (related document:46 Order on Motion For Relief From Stay) filed by William E. Craig on behalf of AmeriCredit Financial Inc. dba GM Financial. Objection deadline is 06/3/2025. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Craig, William)

Dated: 5/29/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court