Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 24−10317−MEH  
Chapter: 13  
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Frank T. Bitsko  
4 Maple Lane  
Howell, NJ 07731

Susan J. Bitsko  
4 Maple Lane  
Howell, NJ 07731

Social Security No.:  
  xxx−xx−8354

  xxx−xx−7014

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/18/25 at 09:00 AM

to consider and act upon the following:

*52* − Creditor's Certification of Default (related document:46 Order on Motion For Relief From Stay) filed by William E. Craig on behalf of AmeriCredit Financial Inc. dba GM Financial. Objection deadline is 06/3/2025. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Craig, William)

Dated: 5/29/25

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re: Case No. 24-10317-MEH

Frank T. Bitsko  Chapter 13

Susan J. Bitsko

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2

Date Rcvd: May 29, 2025     Form ID: ntchrgbk     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank T. Bitsko, Susan J. Bitsko, 4 Maple Lane, Howell, NJ 07731-1308 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2025 at the address(es) listed below:

**Name**     **Email Address**

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor Cardinal Financial Company Limited Partnership dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Peter Broege
    on behalf of Debtor Frank T. Bitsko pbroege@bnfsbankruptcy.com
    g1580@notify.cincompass.com;broege.peterj.b127774@notify.bestcase.com

Peter Broege
    on behalf of Joint Debtor Susan J. Bitsko pbroege@bnfsbankruptcy.com
    g1580@notify.cincompass.com;broege.peterj.b127774@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: May 29, 2025 | Form ID: ntchrgbk | Total Noticed: 1 |

William E. Craig
                          on behalf of Creditor AmeriCredit Financial Inc. dba GM Financial wcraig@egalawfirm.com
                          mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 6