UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

GB-1117-C

Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esquire
1040 Kings Highway North #200
Cherry Hill, NJ 08034
Attorney for AmeriCredit Financial Services, Inc. dba GM Financial

In Re:

FRANK T. BITSKO
SUSAN J. BITSKO

Order Filed on September 30, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 24-10317

Adv. No.

Hearing Date: 7-30-25

Judge: (MEH)

# ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 30, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

**(Page 2)**
Debtors: Frank and Susan Bitsko
Case No: 24-10317
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief filed by William E. Craig, Esq., attorney for AmeriCredit Financial Services, Inc. dba GM Financial, with the appearance of Peter Broege, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**
1. That AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial") is the holder of a first purchase money security interest encumbering a 2014 Nissan XTERRA bearing vehicle identification number 5N1AN0NW9EN813782.
2. That the Debtors' account has post-petition arrears/payoff balance of $6,643.96.
3. That the Debtors are to cure the arrears set forth in paragraph two (2) above and pay off the loan as follows:
    a. The Debtors are to make payments of $738.22 each for August 2025 through March 2026.
    b. That the Debtors are to contact GM Financial for the final payment due in April 2026.
4. That commencing August 2025, if the Debtors fail to make any payment to GM Financial within thirty (30) days after a payment falls due, GM Financial shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtors, their attorney, and the Chapter 13 Trustee.

**(Page 3)**
Debtors: Frank and Susan Bitsko
Case No: 24-10317
Caption of Order: Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

5. **That the Debtors may only oppose any Certificate Of Default filed by GM Financial for default under the terms of this Order by proving proof of payment(s) made prior to said Certificate of Default being filed.**
6. **That the Debtors must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. AmeriCredit/GM Financial must be listed as loss payee. If the Debtors fail to maintain valid insurance on the vehicle, GM Financial shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtors, their attorney, and the Chapter 13 Trustee.**
7. **That the Debtors are to pay a counsel fee of $400.00 to GM Financial through their Chapter 13 Plan.**