Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 24−10317−MEH
          Chapter: 13
          Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Frank T. Bitsko | Susan J. Bitsko |
| 4 Maple Lane | 4 Maple Lane |
| Howell, NJ 07731 | Howell, NJ 07731 |

Social Security No.:
  xxx−xx−8354                                  xxx−xx−7014

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/12/25 at 09:00 AM

to consider and act upon the following:

*60* − Creditor's Certification of Default (related document:42 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for PRP Trust, Series 2024 Cottage−TT−VI. Objection deadline is 11/7/2025. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 10/30/25

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court