UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor:
U.S. Bank National Association, not in its individual capacity but solely as trustee for PRP Trust, Series 2024 Cottage-TT-VI

In Re:
Susan J. Bitsko
Frank T. Bitsko
    Debtors



Order Filed on November 24, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 24-10317 MEH

Hearing Date: 11/12/2025 @ 9:00 a.m.

Judge: Mark E. Hall

# ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATE OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 24, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

**(Page 2)**
Debtors: Susan J. Bitsko & Frank T. Bitsko
Case No: 24-10317 MEH
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATE OF DEFAULT

___

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, not in its individual capacity but solely as trustee for PRP Trust, Series 2024 Cottage-TT-VI, Denise Carlon appearing, upon a certificate of default as to real property located at 4 Maple Lane, Howell, NJ, 07731, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Peter Broege, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of December 17, 2024, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due July 2025 through November 2025 for a total post-petition default of $13,789.34 (5 @ $2,767.17 less suspense $46,51); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $13,789.34 will be paid over six payments by Debtor remitting $2,298.23 for five payments and $2,298.19 for one payment, which additional payments shall begin by Debtor making two payments by November 15, 2025, two payments by November 30, 2025, one payment by December 15, 2025, and final payment by December 30, 2025; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume December 1, 2025, directly to Secured Creditor's servicer (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $250.00 for attorneys' fees which is to be paid through Debtors' Chapter 13 plan and the certificate of default is hereby resolved.