| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor:<br>U.S. Bank National Association, not in its individual capacity but solely as trustee for PRP Trust, Series 2024 Cottage-TT-VI | <br>Order Filed on November 24, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Susan J. Bitsko<br>Frank T. Bitsko<br>           Debtors | Case No.: 24-10317 MEH<br><br>Hearing Date: 11/12/2025 @ 9:00 a.m.<br><br>Judge: Mark E. Hall |

### ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATE OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 24, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

**(Page 2)**
Debtors: Susan J. Bitsko & Frank T. Bitsko
Case No: 24-10317 MEH
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATE OF DEFAULT

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, not in its individual capacity but solely as trustee for PRP Trust, Series 2024 Cottage-TT-VI, Denise Carlon appearing, upon a certificate of default as to real property located at 4 Maple Lane, Howell, NJ, 07731, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Peter Broege, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of December 17, 2024, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due July 2025 through November 2025 for a total post-petition default of $13,789.34 (5 @ $2,767.17 less suspense $46,51); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $13,789.34 will be paid over six payments by Debtor remitting $2,298.23 for five payments and $2,298.19 for one payment, which additional payments shall begin by Debtor making two payments by November 15, 2025, two payments by November 30, 2025, one payment by December 15, 2025, and final payment by December 30, 2025; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume December 1, 2025, directly to Secured Creditor's servicer (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $250.00 for attorneys' fees which is to be paid through Debtors' Chapter 13 plan and the certificate of default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-10317-MEH
Frank T. Bitsko  Chapter 13
Susan J. Bitsko
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Nov 24, 2025     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Frank T. Bitsko, Susan J. Bitsko, 4 Maple Lane, Howell, NJ 07731-1308 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:

**Name**     **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for PRP Trust, Series 2024 Cottage-TT-VI dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Cardinal Financial Company  Limited Partnership dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Peter Broege
    on behalf of Debtor Frank T. Bitsko pbroege@bnfsbankruptcy.com g1580@notify.cincompass.com;broege.peterj.b127774@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 24, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Peter Broege
    on behalf of Joint Debtor Susan J. Bitsko pbroege@bnfsbankruptcy.com
    g1580@notify.cincompass.com;broege.peterj.b127774@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor AmeriCredit Financial Inc. dba GM Financial wcraig@egalawfirm.com
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8