Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24–10317–MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Frank T. Bitsko | Susan J. Bitsko |
| 4 Maple Lane | 4 Maple Lane |
| Howell, NJ 07731 | Howell, NJ 07731 |

Social Security No.:
  xxx–xx–8354
                                                                  xxx–xx–7014

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 2/4/26 at 09:00 AM

to consider and act upon the following:

**74** – Creditor's Certification of Default (related document:67 Order Resolving Creditor's Certification of Default) filed by Denise E. Carlon on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for PRP Trust, Series 2024 Cottage–TT–VI. Objection deadline is 01/23/2026. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 1/26/26

                                                                  Jeanne Naughton
                                                                  Clerk, U.S. Bankruptcy Court