| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| Standing Chapter 13 Trustee | PO Box 933 |
| PO Box 4853 | Memphis, TN  38101-0933 |
| Trenton, NJ  08650-4853 | |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 24-10317 / MEH**

Frank T. Bitsko                     Petition Filed Date: 01/12/2024
Susan J. Bitsko                     341 Hearing Date: 02/08/2024
                                    Confirmation Date: 05/01/2024

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2025 | $1,884.99 | | 02/10/2025 | $1,884.99 | | 03/07/2025 | $1,884.99 | |
| 04/03/2025 | $1,884.99 | | 06/09/2025 | $1,962.00 | | 07/11/2025 | $1,962.00 | |
| 08/08/2025 | $1,962.00 | | 09/10/2025 | $1,962.00 | | 10/07/2025 | $1,962.00 | |
| 11/21/2025 | $1,962.00 | | 01/07/2026 | $1,962.00 | | 02/06/2026 | $2,041.00 | |

**Total Receipts for the Period:  $23,314.96   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $39,276.94**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Frank T. Bitsko | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» P/4 MAPLE LN/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | NEW JERSEY AMERICAN WATER | Unsecured Creditors | $2,314.37 | $0.00 | $2,314.37 |
| 3 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2014 NISSAN XERRA/SV 1/29/26 | Debt Secured by Vehicle<br>Hold Funds: Stay Vacated | $1,022.92 | $345.75 | $677.17 |
| 4 | US DEPT OF EDUCATION<br>»» STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 5 | CARVANA, LLC<br>»» 2016 NISSAN SENTRA | Debt Secured by Vehicle | $1,239.00 | $436.36 | $802.64 |
| 6 | CARVANA, LLC<br>»» 2016 NISSAN SENTRA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | Peter J. Broege, Esq.<br>»» AMENDED DISCLOSURE 2/29/24 | Attorney Fees | $4,063.00 | $4,063.00 | $0.00 |
| 7 | MERRICK BANK | Unsecured Creditors | $967.94 | $0.00 | $967.94 |
| 8 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $611.48 | $0.00 | $611.48 |
| 9 | US Dept of Education<br>»» STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SALUTE VISA GOLD | Unsecured Creditors | $618.97 | $0.00 | $618.97 |
| 11 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» UPSTART LOAN | Unsecured Creditors | $7,218.45 | $0.00 | $7,218.45 |

**Chapter 13 Case No. 24-10317 / MEH**

| # | Creditor | Type | | | |
|---|---|---|---|---|---|
| 12 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» PREMIER BANKCARD MC | Unsecured Creditors | $440.29 | $0.00 | $440.29 |
| 13 | JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured Creditors | $579.68 | $0.00 | $579.68 |
| 14 | MRC RECEIVABLES CORPORATION<br>»» HOUSEHOLD/ORCHARD BANK | Unsecured Creditors | $1,461.35 | $0.00 | $1,461.35 |
| 15 | NJ DIVISION OF TAXATION<br>»» TGI 2019-2020 | Secured Creditors | $3,397.75 | $1,196.73 | $2,201.02 |
| 16 | NJ DIVISION OF TAXATION<br>»» TGI 2021 | Priority Crediors | $1,212.42 | $0.00 | $1,212.42 |
| 17 | NJ DIVISION OF TAXATION<br>»» TGI 2013;215;2019-2020/ COSTS 3/2022 | Unsecured Creditors | $3,636.23 | $0.00 | $3,636.23 |
| 18 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CREDIT ONE BANK | Unsecured Creditors | $1,019.23 | $0.00 | $1,019.23 |
| 19 | JERSEY CENTRAL POWER & LIGHT<br>»» FIRSTENERGY | Unsecured Creditors | $912.17 | $0.00 | $912.17 |
| 20 | LVNV FUNDING LLC<br>»» JUDGMENT DC # MON DC 005039-21 | Unsecured Creditors | $771.94 | $0.00 | $771.94 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK, NA | Unsecured Creditors | $628.95 | $0.00 | $628.95 |
| 22 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $746.79 | $0.00 | $746.79 |
| 23 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $163.87 | $0.00 | $163.87 |
| 24 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $119.97 | $0.00 | $119.97 |
| 25 | FIG 20, LLC FBO SEC PTY<br>»» 4 MAPLE LN/TAX LIEN/PAY IN FULL | Secured Creditors | $2,149.36 | $757.03 | $1,392.33 |
| 26 | US BANK TRUST, N.A.<br>»» 4 MAPLE LANE/1ST MTG/CARDINAL | Mortgage Arrears | $27,995.21 | $9,860.12 | $18,135.09 |
| 27 | BENEFICIARIES OF THE ESTATE OF JOHN A. HAWKINS<br>»» NP/29 CEDAR CAMP RD/1ST MTG (FILED BY DEBTORS ATTY) | Mortgage Arrears<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 28 | TOWN OF BELGRADE<br>»» 29 CEDAR CAMP RD/TAX LIEN | Secured Creditors | $8,248.52 | $2,905.18 | $5,343.34 |
| 29 | SARA HAWKINS, BENEFICIARY OF THE ESTATE (<br>JOHN A. HAWKINS<br>»» NP/29 CEDAR CAMP RD/1ST MTG | Mortgage Arrears | $8,258.25 | $2,908.64 | $5,349.61 |
| 30 | MAXIMILLIAN JACK HAWKINS<br>»» NP/29 CEDAR CAMP RD/1ST MTG | Mortgage Arrears | $9,509.50 | $3,349.34 | $6,160.16 |
| 31 | JOHN ALBERT TY HAWKINS, BENEFICIARY OF TH<br>ESTATE OF JOHN A. HAWKINS<br>»» NP/29 CEDAR CAMP RD/1ST MTG | Mortgage Arrears | $9,759.75 | $3,437.47 | $6,322.28 |
| 32 | US BANK TRUST, N.A.<br>»» 4 MAPLE LANE/ATTY FEES 12/31/24/CARDINA | Mortgage Arrears | $549.00 | $549.00 | $0.00 |
| 33 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2014 NISSAN XTERRA/ATTY FEES 2/18/25/SV 1/29/26 | Debt Secured by Vehicle | $599.00 | $599.00 | $0.00 |
| 0 | Peter J. Broege, Esq.<br>»» ORDER 4/22/25 | Attorney Fees | $800.00 | $800.00 | $0.00 |
| 34 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2014 NISSAN XTERRA/ATTY FEES 9/30/25/SV 1/29/26 | Debt Secured by Vehicle | $400.00 | $400.00 | $0.00 |
| 35 | US BANK TRUST, N.A.<br>»» 4 MAPLE LANE/ATTY FEES 11/24/25 | Mortgage Arrears | $250.00 | $250.00 | $0.00 |
| 0 | Peter J. Broege, Esq.<br>»» ORDER 12/17/25 | Attorney Fees | $800.00 | $800.00 | $0.00 |

**Chapter 13 Case No. 24-10317 / MEH**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $39,276.94 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $32,657.62 | Current Monthly Payment: | $2,042.00 |
| Paid to Trustee: | $2,898.00 | Arrearages: | $2,123.00 |
| Funds on Hand: | $3,721.32 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

