

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor:<br>U.S. Bank National Association, not in its individual<br>capacity but solely as trustee for PRP Trust, Series 2024<br>Cottage-TT-VI | |

**Order Filed on March 18, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re:<br>Susan J. Bitsko<br>Frank T. Bitsko<br>　　　Debtors | Case No.: <u>21-10317</u> EJO<br><br>Hearing Date: 3/18/2026 @ 9:00 a.m.<br><br>Judge:  Eamonn J. O'Hagan |

## ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATE OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 18, 2026**

_____
　　Honorable Eamonn J. O'Hagan
　　United States Bankruptcy Judge

**(Page 2)**
Debtors:  Susan J. Bitsko & Frank T. Bitsko
Case No:  24-10317 EJO
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATE OF DEFAULT

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, not in its individual capacity but solely as trustee for PRP Trust, Series 2024 Cottage-TT-VI, Denise Carlon appearing, upon a certificate of default as to real property located at 4 Maple Lane, Howell, NJ, 07731, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Peter Broege, Esquire, attorney for Debtors, and for good cause having been shown

It is  **O   RDERED, ADJUDGED and DECREED** that as of March 5, 2026, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due January 2026 through February 2026 for a total post-petition default of $3,658.58 (2 @ $2,767.17 less suspense $1,875.76); and

It is further **ORDERED, ADJUDGED and DECREED** that Debtors shall make an immediate payment of $3,658.58; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume March 1, 2026, directly to Secured Creditor's servicer (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $250.00 for attorneys' fees which is to be paid through Debtors' Chapter 13 plan and the certificate of default is hereby resolved.