UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor:
U.S. Bank National Association, not in its individual
capacity but solely as trustee for PRP Trust, Series 2024
Cottage-TT-VI



**Order Filed on March 18, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Susan J. Bitsko
Frank T. Bitsko
   Debtors

Case No.:  <u>21-10317</u> EJO

Hearing Date: 3/18/2026 @ 9:00 a.m.

Judge:  Eamonn J. O'Hagan

## ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATE OF DEFAULT

   The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: March 18, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Susan J. Bitsko & Frank T. Bitsko
Case No:  24-10317 EJO
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATE
OF DEFAULT

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, not in its individual capacity but solely as trustee for PRP Trust, Series 2024 Cottage-TT-VI, Denise Carlon appearing, upon a certificate of default as to real property located at 4 Maple Lane, Howell, NJ, 07731, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Peter Broege, Esquire, attorney for Debtors, and for good cause having been shown

It is   **O   RDERED, ADJUDGED and DECREED** that as of March 5, 2026, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due January 2026 through February 2026 for a total post-petition default of $3,658.58 (2 @ $2,767.17 less suspense $1,875.76); and

It is further **ORDERED, ADJUDGED and DECREED** that Debtors shall make an immediate payment of $3,658.58; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume March 1, 2026, directly to Secured Creditor's servicer (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $250.00 for attorneys' fees which is to be paid through Debtors' Chapter 13 plan and the certificate of default is hereby resolved.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-10317-EJO |
| Frank T. Bitsko | Chapter 13 |
| Susan J. Bitsko | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 18, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Frank T. Bitsko, Susan J. Bitsko, 4 Maple Lane, Howell, NJ 07731-1308 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for PRP Trust, Series 2024 Cottage-TT-VI dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Cardinal Financial Company  Limited Partnership dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Peter Broege | on behalf of Debtor Frank T. Bitsko pbroege@bnfsbankruptcy.com g1580@notify.cincompass.com;broege.peterj.b127774@notify.bestcase.com |

District/off: 0312-3                                     User: admin                                          Page 2 of 2
Date Rcvd: Mar 18, 2026                          Form ID: pdf903                              Total Noticed: 1

Peter Broege
                          on behalf of Joint Debtor Susan J. Bitsko pbroege@bnfsbankruptcy.com
                          g1580@notify.cincompass.com;broege.peterj.b127774@notify.bestcase.com

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
                          on behalf of Creditor AmeriCredit Financial Inc. dba GM Financial wcraig@egalawfirm.com
                          mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 8