Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 24−10317−EJO
Chapter: 13
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Frank T. Bitsko<br>4 Maple Lane<br>Howell, NJ 07731 | Susan J. Bitsko<br>4 Maple Lane<br>Howell, NJ 07731 |

Social Security No.:

| | |
|---|---|
| xxx−xx−8354 | xxx−xx−7014 |

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Eamonn James O'Hagan on:

Date: 10/14/26
Time: 02:00 PM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Peter Broege, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,500.00

EXPENSES
$0.00

---

If this is a chapter 13 case, the fees and expenses awarded:

☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 15, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:
Frank T. Bitsko
Susan J. Bitsko
Debtors

Case No. 24-10317-EJO
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 4
Date Rcvd: Sep 15, 2026 Form ID: 137 Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank T. Bitsko, Susan J. Bitsko, 4 Maple Lane, Howell, NJ 07731-1308 |
| cr | + | AmeriCredit Financial Inc. dba GM Financial, 25505 West Twelve Mile Road, Southfield, MI 48034, UNITED STATES 48034-1846 |
| 520134104 | + | Belgrade Tax Collector's Office, 990 Augusta Road, Belgrade, ME 04917-3834 |
| 520136534 | + | Collin Bitsko, 4 Maple Lane, Howell, NJ 07731-1308 |
| 520134115 | + | Howell Township - Div Code Enforcement, 4567 Route 9 North, 2nd Fl, Howell, NJ 07731-3382 |
| 520134106 | + | John Albert Ty Hawkins, Beneficiaries of E/O John A. Hawkins, 396 20th Avenue, Brick, NJ 08724-2223 |
| 520134107 | + | Maximillian Jack Hawkins, Beneficiaries of E/O John A. Hawkins, 1915 Juno Landing Ln, North Palm Beach, FL 33408-3057 |
| 520134105 | + | Sara Hawkins, Beneficiary of E/O John A. Hawkins, 10 Autumntide Dr #1000, Lakewood, NJ 08701-7523 |
| 520134130 | + | Secretary of Housing & Urban Development, For Partial Claim Mtgs 451 Seventh St SW, Washington, DC 20410-0002 |
| 520135691 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 15 2026 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2026 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 15 2026 21:21:03 | Bridgecrest Credit Company, LLC as Servicer for Ca, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520138671 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 15 2026 21:18:00 | AMERICREDIT FINANCIAL SERVICES, INC., DBA GM FINANCIAL, P O BOX 183853, ARLINGTON, TX 76096 |
| 520134108 | | Email/Text: rm-bknotices@bridgecrest.com | Sep 15 2026 21:19:00 | Bridge Crest, PO Box 842695, Los Angeles, CA 90084-2695 |
| 520137085 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 15 2026 21:21:17 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520134109 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2026 21:21:02 | Capital One, Bankruptcy Claims Servicer, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520430772 | ^ | MEBN | Sep 15 2026 21:09:15 | Cardinal Financial Company, Limited Partnership, c/o Servicemac LLC, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707-7882 |
| 520430773 | ^ | MEBN | Sep 15 2026 21:09:16 | Cardinal Financial Company, Limited Partnership, c/o Servicemac LLC, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707, Cardinal Financial Company, Limited Part, c/o Servicemac LLC |

| | | | | |
|---|---|---|---|---|
| | | | | 29707-7882 |
| 520153555 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 15 2026 21:21:25 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 520134111 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 15 2026 21:21:14 | Credit One Bank, Customer Service PO Box 98873, Las Vegas, NV 89193-8873 |
| 520134110 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 15 2026 21:18:00 | Cardinal Financial Company, Correspondence - Mail Stop 1290, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 520200976 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 15 2026 21:18:00 | Cardinal Financial Company, Limited Partnership, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520134112 | + | Email/Text: EBN@edfinancial.com | Sep 15 2026 21:17:00 | ED Financial Services, LLC, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520134113 | + | Email/Text: ar@figadvisors.com | Sep 15 2026 21:19:00 | FIG 20, LLC FBO SEC PTY, PO Box 12225, Newark, NJ 07101-3411 |
| 520134114 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 15 2026 21:18:00 | GM Financial, Customer Service PO Box 183593, Arlington, TX 76096-3593 |
| 520134116 | | Email/Text: BankruptcyEast@firstenergycorp.com | Sep 15 2026 21:18:00 | JCP&L, Customer Service PO Box 16001, Reading, PA 19612-6001 |
| 520171295 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 15 2026 21:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520185560 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Sep 15 2026 21:18:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 520134117 | ^ | MEBN | Sep 15 2026 21:08:41 | KML Law Group, P.C., Attys for Cardinal Financial Co., 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |
| 520166811 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2026 21:21:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520134118 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2026 21:21:04 | LVNV Funding, LLC, Assignee of Credit One Bank, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 520166356 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 15 2026 21:21:01 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520134119 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 15 2026 21:21:01 | Merrick Bank, Customer Service PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520134120 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 15 2026 21:18:00 | Midland Credit Management, Inc, 350 Camino De La Reina, Ste 100, San Diego, CA 92108-3007 |
| 520174855 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 15 2026 21:18:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520134121 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 15 2026 21:18:00 | Midland Credit Managment, 320 E Big Beaver Rd, Ste 300, Troy, MI 48083-1271 |
| 520134122 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 15 2026 21:18:00 | Midland Funding, LLC, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 520134123 | + | Email/Text: csc.bankruptcy@amwater.com | Sep 15 2026 21:19:00 | New Jersey American Water, Customer Service PO Box 2798, Camden, NJ 08101-2700 |
| 520193149 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2026 21:21:15 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520134125 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2026 21:21:04 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 520134128 | | Email/Text: signed.order@pfwattorneys.com | Sep 15 2026 21:17:00 | Pressler Felt & Warshaw, LLP, Attys For Capital One #B176214, 7 Entin Rd, Parsippany, NJ 07054-5020 |

| | | | | |
|---|---|---|---|---|
| 520134127 | | Email/Text: signed.order@pfwattorneys.com | Sep 15 2026 21:17:00 | Pressler Felt & Warshaw, LLP, Attys For Midland Credit #B307855, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520134126 | | Email/Text: signed.order@pfwattorneys.com | Sep 15 2026 21:17:00 | Pressler Felt & Warshaw, LLP, Attys For Midland Funding #B197668, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520134129 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2026 21:21:15 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 520134124 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 15 2026 21:17:00 | NJ Division of Taxation, Bankruptcy Section PO Box 245, Trenton, NJ 08646-0245 |
| 520184276 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 15 2026 21:17:00 | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 520134131 | + | Email/Text: taxcollections@twp.howell.nj.us | Sep 15 2026 21:19:00 | Township of Howell - Tax Collector, 4567 Route 9 North, 2nd Fl, Howell, NJ 07731-3382 |
| 520801571 | ^ | MEBN | Sep 15 2026 21:08:21 | U.S. Bank National Association, et. al., c/o Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 520801572 | ^ | MEBN | Sep 15 2026 21:08:22 | U.S. Bank National Association, et. al., c/o Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609, U.S. Bank National Association, et. al., c/o Fay Servicing, LLC 75381-4609 |
| 520145816 | + | Email/Text: EBN@edfinancial.com | Sep 15 2026 21:17:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520167099 | | Email/Text: EDBKNotices@ecmc.org | Sep 15 2026 21:17:00 | US Department of Education, P O Box 16448, Saint Paul MN 55116-0448 |
| 520134132 | + | Email/Text: UpStart@ebn.phinsolutions.com | Sep 15 2026 21:18:00 | Upstart Network Inc., PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520138672 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AMERICREDIT FINANCIAL SERVICES, INC., DBA GM FINANCIAL, P O BOX 183853, ARLINGTON, TX 76096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Gavin Stewart | on behalf of Creditor Bridgecrest Credit Company LLC as Servicer for Carvana, LLC bk@stewartlegalgroup.com |
| Matthew K. Fissel | on behalf of Creditor Cardinal Financial Company Limited Partnership bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for PRP Trust, Series 2024 Cottage-TT-VI bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Peter Broege | on behalf of Debtor Frank T. Bitsko pbroege@bnfsbankruptcy.com g1580@notify.cincompass.com;broege.peterj.b127774@notify.bestcase.com |
| Peter Broege | on behalf of Joint Debtor Susan J. Bitsko pbroege@bnfsbankruptcy.com g1580@notify.cincompass.com;broege.peterj.b127774@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Inc. dba GM Financial wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9